# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00021-CV

In re Nancy C. Perez and Jose A. Perez

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

# M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   January 11, 2013